STATE OF CONNECTICUT *v.* MICHAEL G. SMITH

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 133 (AC 25202), is denied.

*Richard S. Cramer*, special public defender, in support of the petition.

*Peter A. McShane*, senior assistant state's attorney, in opposition.

Decided November 3, 2005

ANGEL LUIS ORTIZ *v.* COMMISSIONER OF CORRECTION

The petitioner Angel Luis Ortiz' petition for certification for appeal from the Appellate Court, 91 Conn. App. 484 (AC 25331), is denied.

*George G. Kouros*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided November 3, 2005